# United States Bankruptcy Court
# District of Nevada

In re WESTERN DAIRY SPECIALTIES, LLC, a Nevada limited liability company, Debtor.

Case No. BK-N-10-_____ GWZ

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing in this chapter 11 case. The list does not includine (1) persons who come within the definitiion of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,guardian." Do not disclose the child's name. See, 11 USC § 112 and Fed. R. Bankr. P. 1007(m).

|   | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | Iron Springs Transportation, Inc<br>201 Wild Horse Dr<br>McCarran, NV 89434-9702 | | Trade Debt | | $ 605,398.00 |
| 2 | Golden State Milk Producers<br>PO Box 579390<br>Modesto, CA 95357-9390 | | Trade Debt | | $ 338,718.00 |
| 3 | RHP Mechanical Systems<br>PO Box 2957<br>Reno, NV 89505 | | Trade Debt | | $ 198,007.00 |
| 4 | NV Energy<br>6100 Neil Rd<br>Reno, NV 89511 | | Trade Debt | | $ 163,778.00 |
| 5 | All Star Dairy Association, Inc.<br>PO Box 911050<br>Lexington, KY 40591-1050 | | Trade Debt | | $ 155,781.00 |
| 6 | IES Commercial, Inc<br>2403 W Huntington Dr Ste 102<br>Tempe, AZ 85282 | | Trade Debt | | $ 137,107.00 |
| 7 | iGPS<br>23773 Network Pl<br>Chicago, IL 60673-3773 | | Trade Debt | | $ 124,151.00 |

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 8 | Holland & Hart LLP<br>PO Box 17283<br>Denver, CO  80217-0283 | | Trade Debt | | $ 108,000.00 |
| 9 | Lyon County Treasurer<br>27 S Main St<br>Yerington, NV  89447 | | Trade Debt | | $ 94,154.00 |
| 10 | Manpower<br>5301 Longley Ln Ste B-42<br>Reno, NV  89511-1805 | | Trade Debt | | $ 78,662.00 |
| 11 | Wilshire Finance<br>1990 S Bundy Dr Ste 630<br>Los Angeles, CA  90025 | | Trade Debt | | $ 77,473.00 |
| 12 | Nat'l Fluid Milk Processor Promotion Bd<br>PO Box 37094<br>Baltimore, MD  21297-3094 | | Trade Debt | | $ 71,302.00 |
| 13 | Ruan Transport Corporation<br>PO Box 977<br>Des Moines, IA  50304-0977 | | Trade Debt | | $ 60,040.00 |
| 14 | National Farmers Organization<br>528 Billy Sunday Rd<br>Ames, IA  50010 | | Trade Debt | | $ 57,421.00 |
| 15 | Phoenix Closures, Inc<br>1899 High Grove Ln<br>Naperville, IL  60540-3996 | | Trade Debt | | $ 47,642.00 |
| 16 | Creative Edge<br>4719 Navarre Rd SW<br>Canton, OH  44706 | | Trade Debt | | $ 45,225.00 |
| 17 | Darigold, Inc.<br>PO Box 2638<br>Portland, OR  97208-2638 | | Trade Debt | | $ 40,916.00 |
| 18 | Payment Remittance Center<br>PO Box 54349<br>Los Angeles, CA  90054-0349 | | Trade Debt | | $ 37,767.00 |

|    | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|----|---|---|---|---|---|
| 19 | Data Specialists, Inc<br>1021 Proctor Dr<br>Elkhorn, WI 53121 | | Trade Debt | | $ 36,370.00 |
| 20 | Anderson Dairy<br>801 Searles Ave<br>Las Vegas, NV 89101-1131 | | Trade Debt | | $ 31,807.00 |

## VERIFICATION OF LIST OF CREDITORS

I, the Chief Financial Officer of WESTERN DAIRY SPECIALITIES, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 argest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated this 3rd day of February, 2010.

WESTERN DAIRY SPECIALITIES, LLC

Matthew P. Berry, Chief Financial Officer