B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Western Dairy Specialties, LLC**

                                    Debtor

Case No.  **BK-N-10-50307-GWZ**

Chapter                **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 26,245,940.86 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 19,406,691.43 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 137,675.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 73 | | 11,166,818.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 87 | | | |
| Total Assets | | | 26,245,940.86 | | |
| Total Liabilities | | | | 30,711,185.24 | |

B6A (Official Form 6A) (12/07)

In re    **Western Dairy Specialties, LLC**                                        Case No.   **BK-N-10-50307-GWZ**
_____,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re __Western Dairy Specialties, LLC__                                              Case No. __BK-N-10-50307-GWZ__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank**<br>**246 S. Main Street**<br>**Yerington, NV 89447** | - | 104.05 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Southwest Gas**<br>**Service address, 103 McLeod, Account Number 273-1020274-002**<br><br>**[Deposit was applied to the account when notice of bankruptcy was received.]** | - | 28,645.58 |
| | | **Southwest Gas**<br>**Service adddress:  103 McLeod, Suite F, Account Number 273-1020485-003**<br><br>**[Deposit was applied to account when notice of bankrutpcy was received.]** | - | 206.03 |
| | | **Southwest Gas**<br>**Service address:  103 McLeod, Suite G, Account Number 273-1020490-003**<br><br>**[Deposit was applied to the account when notice of bankruptcy was received.]** | - | 405.18 |
| | | **Southwest Gas**<br>**Service address:  103 McLeod, Suite H, Account Number 273-1020503-003**<br><br>**[Deposit was applied to the account when notice of bankruptcy was received.]** | - | 265.02 |
| | | **Lyon Holding Corp. - Bridge Street Office Landlord**<br>**513 W Bridge St Ste A**<br>**Yerington, NV  89447** | - | 3,000.00 |

Sub-Total >        32,625.86
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Western Dairy Specialties, LLC**                                    Case No.    **BK-N-10-50307-GWZ**
_____,
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Sam's Club PO Box 9001907 Louisville, KY 40290-1907 | - | 5,000.00 |

Sub-Total >        5,000.00
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Western Dairy Specialties, LLC**                              Case No.   **BK-N-10-50307-GWZ**
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Aidco International**<br>**5450 Spellmire Drive**<br>**Cincinnati, OH  45246** | - | 30,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Nevada Department of Taxation**<br>**PO Box 52674**<br>**Phoenix, AZ  85072-2674** | - | 214,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor may have claims against one or more of its suppliers.  Those claims are under investigation.** | - | 0.00 |
| | | **Debtor may have claims against professionals it hired to find equity and financing opportunities for it and its related company Nevada Resource Dynamics, LLC.** | - | 0.00 |
| | | **Claims against Creative Edge for (a) construction related damages, including damages arising from incomplete architectural drawings used in initial construction; (b)  misrepresentation; and (c) continuing breach of the Creative Edge License. These claims are under investigation.** | - | 0.00 |
| | | **Claims against Structura Architects, Ltd. for construction related damages including but not limited to, damages arising from incomplete architectural drawings used in initial construction.** | - | 8,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Creative Edge IP used in operation of business.** | - | 500,000.00 |

| | Sub-Total ><br>(Total of this page) | 8,744,000.00 |
|---|---|---|

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Western Dairy Specialties, LLC**                                              Case No.   **BK-N-10-50307-GWZ**
                                                                 ,
                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Exhibit A attached. | - | 29,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Exhibit A attached hereto. | - | 443,278.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Exhibit A attached hereto | - | 16,926,337.00 |
| 30. Inventory. | | Caps, bottles, chemicals and resin | - | 65,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **17,464,315.00** |
| (Total of this page) | |
| Total > | **26,245,940.86** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

# EXHIBIT A

# EXHIBIT A

**Depreciation and Amortization Detail** PROCESSING & DISTRIBUTION OF DAIRY    OT

| Asset Number | Date placed in service | Method/IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization |
|---|---|---|---|---|---|---|---|
| | | | | | Description of property | | |
| | MACHINERY & EQUIPMENT - PLANT | | | | | | |
| 1 | PROCESSING EQUIPMENT-TETRA | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 6,013,617. | | |
| 2 | VIDOEJET 1310 | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 17,099. | | |
| 3 | SCRAP AND RESIN SYSTEM | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 390,026. | | |
| 4 | BOTTLE HANDLING-SHOWCASE | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 640,666. | | |
| 5 | BLOW MOLDING MACHINE | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 875,609. | | |
| 6 | BLOW MOLDING MACHINE | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 856,292. | | |
| 7 | 4 HIGH PRESSURE STEAM BOILERS | | | | | | |
| | 05,12,08 | 150DB | 5.00 | 19B | 225,989. | | |
| 8 | GLYCOL CHILLED WATER PUMP PACKAGE | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 333,500. | | |
| 9 | PETRA AIR HANDLING UNIT | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 288,000. | | |
| 10 | VERSALINE SIDE PANEL LABELING SYSTEM | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 183,565. | | |
| 11 | ZEBRA 170XI III PLUS TABLE TOP PRINTER | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 16,917. | | |
| 12 | Q65 LABELING HEAD TABLE TOP PRINTER | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 10,710. | | |
| 13 | AUDIBLE ALARM | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 13,193. | | |
| 14 | 300 PPM AIRLESS SORTER | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 34,422. | | |
| 15 | UNIFOILER 2K W.P PORTABLE SYSTEM | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 20,215. | | |
| 16 | MILKOSCAN FT2 | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 122,032. | | |
| 17 | FOSSOMATIC MINOR | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 58,885. | | |
| 21 | MAGNA MIKE 8500 | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 7,575. | | |
| 24 | REVERSE OSMOSIS SYSTEM | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 80,798. | | |
| 27 | HYDE PARK ULTRASONIC SENSORS | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 2,227. | | |
| 30 | ROBOTIC PALLETIZER | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 1,325,506. | | |
| 34 | EP 100 ROTARY SCREW AIR COMPRESSOR | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 28,882. | | |
| 35 | 660 GALLON 137 PSIG VERTICAL TANK | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 3,216. | | |
| 36 | HANKISON DRYER | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 26,856. | | |
| 37 | EP 100 ROTARY SCREW AIR COMPRESSOR | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 28,882. | | |
| 38 | HANKISON DRYER | | | | | | |
| | 05,12,08 | 150DB | 7.00 | 19C | 26,856. | | |

816261
04-25-08

# - Current year section 179    (D) - Asset disposed

**Depreciation and Amortization Detail** PROCESSING & DISTRIBUTION OF DAIRY    O'

| Asset Number | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization |
|---|---|---|---|---|---|---|---|
| 39 VILTER COMPRESSOR | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 26,490. | | |
| 40 VILTER REFRIGERATION SYSTEM | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 653,051. | | |
| 41 VISION SYSTEMS | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 208,417. | | |
| 42 LEADING PANEL SWING ARM ASSY | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 6,435. | | |
| 43 COTAINER TOOLING | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 8,598. | | |
| 44 SERAC ESL FILLER | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 1,299,012. | | |
| 45 BOTTLE POSITIONING CAMERAS | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 31,071. | | |
| 47 STOCKPICKER | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 14,783. | | |
| 48 FORKLIFT 4000 LB CAPACITY | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 35,164. | | |
| 49 ENGINEERING EQUIPMENT | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 110,305. | | |
| 58 ELEC PIPET STD SHAFT | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 1,043. | | |
| 59 LAB EQUIPMENT | | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 26,873. | | |
| 69 Q60 LABEL APPLICATOR | | | | | | | |
| | 07 03 08 | 150DB | 7.00 | 19C | 15,342. | | |
| 77 ELECTRO DISTRIBUTORS FOR FILLER | | | | | | | |
| | 06 17 08 | 150DB | 7.00 | 19C | 1,075. | | |
| 78 Q60 RH LABELING SYSTEM | | | | | | | |
| | 06 02 08 | 150DB | 7.00 | 19C | 13,444. | | |
| 79 ROBOTIC PALETIZER START UP SUPPORT | | | | | | | |
| | 06 09 08 | 150DB | 7.00 | 19C | 8,495. | | |
| 80 VIDEOJET 1310 START UP SUPPORT | | | | | | | |
| | 06 09 08 | 150DB | 7.00 | 19C | 3,333. | | |
| 81 PROCESSING EQUIPMENT | | | | | | | |
| | 06 16 08 | 150DB | 7.00 | 19C | 47,567. | | |
| 82 PROCESSING EQUIPMENT | | | | | | | |
| | 06 16 08 | 150DB | 7.00 | 19C | 39,516. | | |
| 83 PROCESSING EQUIPMENT | | | | | | | |
| | 06 26 08 | 150DB | 7.00 | 19C | 2,574. | | |
| 84 PROCESSING EQUIPMENT | | | | | | | |
| | 06 26 08 | 150DB | 7.00 | 19C | 29,164. | | |
| 89 PROCCESSING EQUIPMENT | | | | | | | |
| | 08 14 08 | 150DB | 7.00 | 19C | 495,613. | | |
| 91 MOTOR AND GEAR BOX | | | | | | | |
| | 08 25 08 | 150DB | 7.00 | 19C | 2,379. | | |
| 94 PUMP 3 HP 450/3/60 TEFC | | | | | | | |
| | 08 25 08 | 150DB | 7.00 | 19C | 970. | | |
| 96 SERAC FILLER & EQUIPMENT | | | | | | | |
| | 10 16 08 | 150DB | 7.00 | 19C | 26,596. | | |
| 98 TIME CLOCK | | | | | | | |
| | 09 15 08 | 150DB | 7.00 | 19C | 722. | | |
| 103 FORKLIFT | | | | | | | |
| | 09 02 08 | 150DB | 7.00 | 19C | 6,250. | | |

816261
04-25-08

# - Current year section 179        (D) - Asset disposed

**Depreciation and Amortization Detail** PROCESSING & DISTRIBUTION OF DAIRY   OT

| Asset Number | Description of property | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization |
|---|---|---|---|---|---|---|---|---|
| 104 | GRINDER | 09 04 08 | 150DB | 7.00 | 19C | 27,000. | | |
| 105 | EQUIPMENT | 10 06 08 | 150DB | 7.00 | 19C | 4,554. | | |
| 106 | RODLESS CYLINDER | 09 26 08 | 150DB | 7.00 | 19C | 3,145. | | |
| 107 | COP TANK | 12 26 08 | 150DB | 7.00 | 19C | 13,200. | | |
| 109 | USE TAX 2007 - 043008 | 09 30 08 | 150DB | 7.00 | 19C | 63,690. | | |
| 113 | JD PRESSURE WASHER | 10 01 08 | 150DB | 7.00 | 19C | 3,416. | | |
| 115 | EQUIPMENT | 10 28 08 | 150DB | 7.00 | 19C | 3,454. | | |
| 117 | USE TAX 3RD QTR 2008 | 10 31 08 | 150DB | 7.00 | 19C | 6,547. | | |
| 119 | SMC CYLINDER | 11 03 08 | 150DB | 7.00 | 19C | 1,201. | | |
| 121 | JUNGHEINRICH EFG 220 SOLOPILOT | 11 26 08 | 150DB | 7.00 | 19C | 35,164. | | |
| 122 | 2 STORAGE TRAILERS | 11 13 08 | 150DB | 7.00 | 19C | 6,000. | | |
| 124 | STORAGE CABINENT | 11 20 08 | 150DB | 7.00 | 19C | 2,420. | | |
| 125 | RELOCATE DEBAGGER | 11 20 08 | 150DB | 7.00 | 19C | 1,773. | | |
| 126 | RELOCATE DEBAGGER | 11 20 08 | 150DB | 7.00 | 19C | 8,865. | | |
| 129 | CENTRIFUGE | 11 20 08 | 150DB | 7.00 | 19C | 2,972. | | |
| 130 | BOTTLE SHAKER | 11 20 08 | 150DB | 7.00 | 19C | 1,776. | | |
| 131 | MILK TEST KIT | 11 07 08 | 150DB | 7.00 | 19C | 1,458. | | |
| 132 | BLOWMOLD STEEL | 11 13 08 | 150DB | 7.00 | 19C | 2,377. | | |
| 133 | ASSY. DVT SLV & BSG 2PT & PPROG | 11 28 08 | 150DB | 7.00 | 19C | 1,245. | | |
| 134 | DOMESTIC HOT WATER RETURN | 12 02 08 | 150DB | 7.00 | 19C | 9,902. | | |
| 135 | GLYCOL SKID BYPASS | 12 02 08 | 150DB | 7.00 | 19C | 2,120. | | |
| 136 | CABINETS | 12 03 08 | 150DB | 7.00 | 19C | 5,318. | | |
| 137 | SCRUBBER | 12 03 08 | 150DB | 7.00 | 19C | 9,849. | | |
| 138 | HD STORAGE CABINET | 12 16 08 | 150DB | 7.00 | 19C | 2,481. | | |
| 139 | CYLINDER HYD & PIST SE | 12 16 08 | 150DB | 7.00 | 19C | 2,220. | | |
| 140 | 3 BELTS | 12 17 08 | 150DB | 7.00 | 19C | 2,308. | | |
| 141 | T-LINE STRAINER | 12 26 08 | 150DB | 7.00 | 19C | 479. | | |

# - Current year section 179     (D) - Asset disposed

**Depreciation and Amortization Detail** PROCESSING & DISTRIBUTION OF DAIRY    OT

| Asset Number | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization |
|---|---|---|---|---|---|---|---|
| 142 | 20HP-160MM-WASHDOWN--500RPM W/ LEG KIT | | | | | | |
| | 12 26 08 | 150DB | 7.00 | 19C | 5,596. | | |
| 145 | SANITIZED WATER SYSTEM | | | | | | |
| | 12 02 08 | 150DB | 7.00 | 19C | 3,497. | | |
| 146 | Q55 LABELER | | | | | | |
| | 12 31 08 | 150DB | 7.00 | 19C | 4,667. | | |
| 149 | PROCESSING EQUIPMENT-TETRA | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 1,215,856. | | |
| 150 | BOTTLE HANDLING-SHOWCASE | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 73,474. | | |
| 151 | VERSALINE SIDE PANEL LABELING SYSTEM | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 40,657. | | |
| 152 | Q65 LABELING HEAD TABLE TOP PRINTER | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 4,077. | | |
| 153 | 300 PPM AIRLESS SORTER | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 5,428. | | |
| 154 | UNIFOILER 2K W-U PORTABLE SYSTEM | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 5,614. | | |
| 155 | REVERSE OSMOSIS SYSTEM | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 13,551. | | |
| 156 | ROBOTIC PALLETIZER | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 79,978. | | |
| 157 | VILTER REFRIGERATION SYSTEM | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 27,629. | | |
| 158 | VISION SYSTEMS | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 65,577. | | |
| 159 | SERAC ESL FILLER | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 299,242. | | |
| 160 | FORKLIFT 4000 LB CAPACITY | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 4,669. | | |
| 161 | ENGINEERING EQUIPMENT | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 53,767. | | |
| 162 | BLOW MOLDING MACHINE | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 16,543. | | |
| 163 | BLOW MOLDING MACHINE | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 16,543. | | |
| 164 | GLYCOL CHILLED WATER PUMP PACKAGE | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 6,617. | | |
| 165 | PETRA AIR HANDLING UNIT | | | | | | |
| | 05 12 08 | 150DB | 7.00 | 19C | 6,617. | | |
| * | OTHER TOTAL OTHER | | | | | | |
| | | | | | 16,920,350. | | 0. |
| * | OTHER TOTAL - MACHINERY & EQUIPMENT - PLANT | | | | | | |
| | | | | | 16,920,350. | | 0. |
| | COMMUNICATION & COMPUTATION | | | | | | |
| 18 | COMPUTER AND PERIPHERALS | | | | | | |
| | 05 12 08 | 150DB | 5.00 | 19B | 2,459. | | |
| 23 | LOGISTICS LOAD BUILDING PROGRAM | | | | | | |
| | 05 12 08 | 150DB | 3.00 | 19A | 14,750. | | |
| 25 | SHORETEL SYSTEM | | | | | | |
| | 05 12 08 | 150DB | 5.00 | 19B | 10,687. | | |
| 29 | RITTAL TS8 SERVER RACKS AND NETWORK ENCLOSURES | | | | | | |
| | 05 12 08 | 150DB | 5.00 | 19B | 6,370. | | |

# - Current year section 179    (D) - Asset disposed

**Depreciation and Amortization Detail** PROCESSING & DISTRIBUTION OF DAIRY    OTH

| Asset Number | Description of property | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization | |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 2 WAY RADIOS AND ANTENA | | | | | | | | |
| | | 05,12,08 | 150DB | 5.00 | 19B | 16,072. | | | |
| 46 | DSI COMPUTER SOFTWARE | | | | | | | | |
| | | 05,12,08 | 150DB | 10.00 | 19D | 274,300. | | | |
| 52 | CATALYST EXPRESS | | | | | | | | |
| | | 05,12,08 | 150DB | 5.00 | 19B | 958. | | | |
| 53 | COMPUTER COMPONENTS | | | | | | | | |
| | | 05,12,08 | 150DB | 5.00 | 19B | 10,268. | | | |
| 54 | COMPUTER | | | | | | | | |
| | | 05,12,08 | 150DB | 5.00 | 19B | 3,446. | | | |
| 56 | COMPUTER | | | | | | | | |
| | | 05,12,08 | 150DB | 5.00 | 19B | 1,727. | | | |
| 60 | COMPUTER | | | | | | | | |
| | | 05,12,08 | 150DB | 5.00 | 19B | 1,738. | | | |
| 61 | SOFTWARE | | | | | | | | |
| | | 05,12,08 | 150DB | 3.00 | 19A | 4,483. | | | |
| 64 | SOFTWARE | | | | | | | | |
| | | 05,12,08 | 150DB | 3.00 | 19A | 23,000. | | | |
| 92 | COMPUTER | | | | | | | | |
| | | 08,08,08 | 150DB | 5.00 | 19B | 952. | | | |
| 99 | LAPTOP COMPUTER | | | | | | | | |
| | | 09,04,08 | 150DB | 5.00 | 19B | 1,185. | | | |
| 100 | VERIZON T1 LINE | | | | | | | | |
| | | 10,01,08 | 150DB | 5.00 | 19B | 9,587. | | | |
| 114 | PHONE NETWORKING SWITCH | | | | | | | | |
| | | 10,06,08 | 150DB | 5.00 | 19B | 1,253. | | | |
| 147 | PHONE SYSTEM | | | | | | | | |
| | | 12,31,08 | 150DB | 5.00 | 19B | 22,138. | | | |
| 148 | SHORETEL SYSTEM | | | | | | | | |
| | | 05,12,08 | 150DB | 5.00 | 19B | 10,686. | | | |
| * | OTHER TOTAL OTHER | | | | | 416,059. | | 0. | |
| * | OTHER TOTAL – COMMUNICATION & COMPUTATION | | | | | 416,059. | | 0. | |
| | VEHICLES | | | | | | | | |
| 68 | 2008 CHEVROLET MALIBU | | | | | | | | |
| | | 05,16,08 | 150DB | 5.00 | 19B | 27,700. | | | |
| 97 | 1968 FORD N6000 FLATBED DUMPTRUCK | | | | | | | | |
| | | 08,31,08 | 150DB | 5.00 | 19B | 2,000. | | | |
| * | OTHER TOTAL OTHER | | | | | 44,484. | | 0. | |
| * | OTHER TOTAL – VEHICLES | | | | | 44,484. | | 0. | |
| | START UP AND ORGANIZATIONAL COSTS | | | | | | | | |
| 22 | START UP AND ORGANIZATIONAL COSTS | | | | | | | | |
| | | 05,12,08 | 195 | 180M | 42 | 3,181,249. | | | |
| * | OTHER TOTAL OTHER | | | | | 3,181,249. | | 0. | |

# - Current year section 179    (D) - Asset disposed

**Depreciation and Amortization Detail** PROCESSING & DISTRIBUTION OF DAIRY    OTH

| Asset Number | Description of property | Date placed In service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization | C |
|---|---|---|---|---|---|---|---|---|---|
| | * OTHER TOTAL - START UP AND ORGANIZATIONAL COSTS | | | | | 3,181,249. | | 0. | |
| | BUILDING IMPROVEMENTS | | | | | | | | |
| 26 | GUTTER | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 4,265. | | | |
| 31 | PAVING | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 4,029. | | | |
| 32 | DIRECTIONAL DRILLING | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 9,480. | | | |
| 50 | SECURITY SYSTEM | | | | | | | | |
| | | 05 12 08 | 150DB | 5.00 | 19B | 176,685. | | | |
| 55 | SECURITY SYSTEM | | | | | | | | |
| | | 05 12 08 | 150DB | 5.00 | 19B | 2,316. | | | |
| 57 | DUCTLESS FUME HOOD | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 1,970. | | | |
| 63 | ELECTRICAL WORK | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 232,349. | | | |
| 65 | MECHANICAL WORK | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 305,264. | | | |
| 66 | PIPING | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 56,340. | | | |
| 67 | ENGINEERING | | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 642,606. | | | |
| 71 | PLUG IN VEHICLE DETECTORS | | | | | | | | |
| | | 06 02 08 | 150DB | 5.00 | 19B | 2,480. | | | |
| 72 | ROOF | | | | | | | | |
| | | 06 02 08 | 150DB | 15.00 | 19E | 1,535. | | | |
| 73 | MECHANICAL WORK | | | | | | | | |
| | | 06 06 08 | 150DB | 15.00 | 19E | 6,260. | | | |
| 74 | ELECTRICAL WORK | | | | | | | | |
| | | 06 06 08 | 150DB | 15.00 | 19E | 66,164. | | | |
| 75 | CONCRETE ENTRY GATE ISLANDS | | | | | | | | |
| | | 06 06 08 | 150DB | 15.00 | 19E | 3,411. | | | |
| 85 | ELECTRICAL WORK | | | | | | | | |
| | | 07 21 08 | 150DB | 15.00 | 19E | 40,221. | | | |
| 86 | SECURITY SYSTEM | | | | | | | | |
| | | 07 25 08 | 150DB | 5.00 | 19B | 50,551. | | | |
| 88 | MECHANICAL WORK | | | | | | | | |
| | | 08 13 08 | 150DB | 15.00 | 19E | 172,146. | | | |
| 90 | ELECTRICAL WORK | | | | | | | | |
| | | 08 21 08 | 150DB | 15.00 | 19E | 13,615. | | | |
| 93 | SECURITY WORKSTATION | | | | | | | | |
| | | 08 15 08 | 150DB | 5.00 | 19B | 7,934. | | | |
| 101 | ELECTRICAL WORK | | | | | | | | |
| | | 09 08 08 | 150DB | 15.00 | 19E | 2,202. | | | |
| 110 | ELECTRICAL WORK | | | | | | | | |
| | | 10 06 08 | 150DB | 15.00 | 19E | 12,107. | | | |
| 112 | ELECTRICAL WORK | | | | | | | | |
| | | 10 31 08 | 150DB | 15.00 | 19E | 13,978. | | | |
| 116 | BUILDING IMPROVEMENTS | | | | | | | | |
| | | 10 06 08 | 150DB | 15.00 | 19E | 1,180. | | | |
| 123 | WATERPROOF BELL | | | | | | | | |
| | | 12 02 08 | 150DB | 15.00 | 19E | 876. | | | |

816261
04-25-08

# - Current year section 179     (D) - Asset disposed

**Depreciation and Amortization Detail**  PROCESSING & DISTRIBUTION OF DAIRY    OT

| Asset Number | Description of property | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization |
|---|---|---|---|---|---|---|---|---|
| | * OTHER TOTAL OTHER | | | | | | | |
| | | | | | | 1,829,964. | | 0. |
| | * OTHER TOTAL - BUILDING IMPROVEMENTS | | | | | | | |
| | | | | | | 1,829,964. | | 0. |
| | LOAN FEES | | | | | | | |
| | | | | | | | | |
| 28 | LOAN COSTS | | | | | | | |
| | | 05 12 08 | 461 | 96M | 42 | 59,473. | | |
| | * OTHER TOTAL OTHER | | | | | | | |
| | | | | | | 59,473. | | 0. |
| | * OTHER TOTAL - LOAN FEES | | | | | | | |
| | | | | | | 59,473. | | 0. |
| | LAND IMPROVEMENTS | | | | | | | |
| | | | | | | | | |
| 51 | LANDSCAPING | | | | | | | |
| | | 05 12 08 | 150DB | 15.00 | 19E | 62,900. | | |
| 70 | LANDSCAPING | | | | | | | |
| | | 07 14 08 | 150DB | 15.00 | 19E | 20,000. | | |
| 76 | LANDSCAPING | | | | | | | |
| | | 06 09 08 | 150DB | 15.00 | 19E | 35,000. | | |
| 87 | LANDSCAPING | | | | | | | |
| | | 08 06 08 | 150DB | 15.00 | 19E | 34,000. | | |
| 102 | LANDSCAPING | | | | | | | |
| | | 09 09 08 | 150DB | 15.00 | 19E | 34,000. | | |
| 111 | LANDSCAPING | | | | | | | |
| | | 10 09 08 | 150DB | 15.00 | 19E | 12,000. | | |
| 120 | LANDSCAPING | | | | | | | |
| | | 11 17 08 | 150DB | 15.00 | 19E | 30,400. | | |
| 128 | PLANT GROUNDS CONSTRUCTION | | | | | | | |
| | | 11 06 08 | 150DB | 15.00 | 19E | 7,073. | | |
| 144 | LANDSCAPING | | | | | | | |
| | | 12 05 08 | 150DB | 15.00 | 19E | 5,000. | | |
| | * OTHER TOTAL OTHER | | | | | | | |
| | | | | | | 240,373. | | 0. |
| | * OTHER TOTAL - LAND IMPROVEMENTS | | | | | | | |
| | | | | | | 240,373. | | 0. |
| | FURNITURE AND FIXTURES | | | | | | | |
| | | | | | | | | |
| | FURNITURE & FIXTURES | | | | | | | |
| | | | | | | | | |
| 62 | USED OFFICE FURNITURE | | | | | | | |
| | | 05 12 08 | 150DB | 7.00 | 19C | 1,534. | | |
| 108 | SHELVING | | | | | | | |
| | | 09 05 08 | 150DB | 7.00 | 19C | 2,650. | | |
| 118 | OFFICE FURNITURE BRIDGE ST | | | | | | | |
| | | 10 27 08 | 150DB | 7.00 | 19C | 21,535. | | |
| 127 | BLINDS | | | | | | | |
| | | 11 25 08 | 150DB | 7.00 | 19C | 1,500. | | |
| | * OTHER TOTAL FURNITURE & FIXTURES | | | | | | | |
| | | | | | | 27,219. | | 0. |
| | * OTHER TOTAL - FURNITURE AND FIXTURES | | | | | | | |
| | | | | | | 27,219. | | 0. |
| | MACHINERY AND EQUIPMENT - LAB | | | | | | | |

**Depreciation and Amortization Detail** PROCESSING & DISTRIBUTION OF DAIRY

| Asset Number | Description of property | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization |
|---|---|---|---|---|---|---|---|---|
| 95 | COM MODULE PCB | 08 14 08 | 150DB | 5.00 | 19B | 1,838. | | |
| 143 | RCS AIRSAMPLER LAB | 12 17 08 | 150DB | 7.00 | 19C | 4,149. | | |
| * | OTHER TOTAL OTHER | | | | | 5,987. | | 0. |
| * | OTHER TOTAL - MACHINERY AND EQUIPMENT - LAB | | | | | 5,987. | | 0. |
| * | GRAND TOTAL OTHER DEPR & AMORT | | | | | 22,725,158. | | 0. |

\# - Current year section 179      (D) - Asset disposed

B6D (Official Form 6D) (12/07)

In re    **Western Dairy Specialties, LLC**                                            Case No.  **BK-N-10-50307-GWZ**
                                                                              ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Myron R. & Tracy L. Abrams**<br>**PO Box 8165**<br>**Yakima, WA 98908-0165** | | - | | | **January 2009, security interest in receivables.  Property securing claim has no value.**<br><br><br>Value $                0.00 | | | | 2,500,000.00 | 2,500,000.00 |
| Account No.<br><br>**Nevada Security Bank**<br>**PO Box 19579**<br>**Reno, NV 89511** | | - | | | **Claim was initially incurred in November 2006.  Security interest in furniture, fixtures, and equipment.**<br><br>Value $                0.00 | | | | 16,906,691.43 | 0.00 |
| Account No.<br><br><br><br> | | | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | <br><br><br>Value $ | | | | | |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 19,406,691.43 | 2,500,000.00 |
| Total<br>(Report on Summary of Schedules) | 19,406,691.43 | 2,500,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                         Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Western Dairy Specialties, LLC**                                          Case No.  **BK-N-10-50307-GWZ**
_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        **5**____  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Western Dairy Specialties, LLC**                                    Case No.   **BK-N-10-50307-GWZ**
_____,
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>Alan L. Williams<br>275 Nicole Dr<br>Sparks, NV 89436 | | - | | 1/21/2010<br><br>Wages | | | | <br><br>1,996.19 | 0.00<br><br>1,996.19 |
| Account No.<br><br>Dana Tracy<br>PO Box 209<br>Yerington, NV 89447 | | - | | 1/21/2010<br><br>Wages | | | | <br><br>2,069.95 | 0.00<br><br>2,069.95 |
| Account No.<br><br>David A. Wieland<br>6125 Mesa Dr<br>Reno, NV 89511 | | | | 1/21/2010<br><br>Wages | | | | <br><br>3,108.65 | 0.00<br><br>3,108.65 |
| Account No.<br><br>Diane L. Arvizo<br>PO Box 582<br>Yerington, NV 89447 | | - | | 1/21/2010<br><br>Wages | | | | <br><br>2,104.58 | 0.00<br><br>2,104.58 |
| Account No.<br><br>Donald P. Harper<br>PO Box 150<br>Smith, NV 89430 | | - | | 1/21/2010<br><br>Wages | | | | <br><br>2,634.38 | 0.00<br><br>2,634.38 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 11,913.75 | 11,913.75 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **Western Dairy Specialties, LLC**                                                    Case No.   **BK-N-10-50307-GWZ**
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.                                | | | 1/21/2010 | | | | | | |
| Jessica M. McCann<br>165 Sundance Ln<br>Smith, NV 89430 | | - | Wages | | | | 2,243.71 | 0.00 | 2,243.71 |
| Account No.                                | | | 1/21/2010 | | | | | | |
| Kari L. Kern<br>13 Palomino<br>Yerington, NV 89447 | | - | Wages | | | | 1,377.39 | 0.00 | 1,377.39 |
| Account No.                                | | | 1/21/2010 | | | | | | |
| Keith R. Matthews<br>236 S. Center St<br>Yerington, NV 89447 | | - | Wages | | | | 1,639.39 | 0.00 | 1,639.39 |
| Account No.                                | | | 1/21/2010 | | | | | | |
| Kevin F. Thomsen<br>1241 Hwy 208<br>Yerington, NV 89447 | | - | Wages | | | | 1,594.26 | 0.00 | 1,594.26 |
| Account No.                                | | | 1/21/2010 | | | | | | |
| Leo A. Vadnais<br>2314 Pardee Pl<br>Las Vegas, NV 89104 | | - | Wages | | | | 2,274.68 | 0.00 | 2,274.68 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    | 0.00
(Total of this page)   | 9,129.43 | 9,129.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Western Dairy Specialties, LLC**                     Case No. **BK-N-10-50307-GWZ**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/21/2010 | | | | | | |
| Michael N. Compston 1000 Plymouth-Ranch Rd Wellington, NV 89444 | | - | Wages | | | | | 0.00 | |
| | | | | | | | 2,881.35 | | 2,881.35 |
| Account No. | | | 1/21/2010 | | | | | | |
| Nicholas A. Schunke 115 Pacific St Yerington, NV 89447 | | - | Wages | | | | | 0.00 | |
| | | | | | | | 1,347.58 | | 1,347.58 |
| Account No. | | | 1/21/2010 | | | | | | |
| Patrick Albritton 1 Rio Vista Yerington, NV 89447 | | - | Wages | | | | | 0.00 | |
| | | | | | | | 1,018.00 | | 1,018.00 |
| Account No. | | | 1/21/2010 | | | | | | |
| Patrick K. Hickey 513 W Bridge  St Ste G Yerington, NV 89447-2695 | | - | Wages | | | | | 0.00 | |
| | | | | | | | 1,863.51 | | 1,863.51 |
| Account No. | | | 1/21/2010 | | | | | | |
| Renee Angle 35 N. Bybee Ln Yerington, NV 89447 | | - | Wages | | | | | 0.00 | |
| | | | | | | | 827.94 | | 827.94 |
| Sheet **3** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 7,938.38 | 0.00 | 7,938.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Western Dairy Specialties, LLC**                                         Case No.  **BK-N-10-50307-GWZ**
                                                                 ,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/21/2010 | | | | | | |
| Toynette M. Compston-Wells 1053 Johnson LN Minden, NV 89423 | - | | Wages | | | | 837.50 | 0.00 | 837.50 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **4**  of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 837.50 | | 837.50 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Western Dairy Specialties, LLC**                                              Case No.  **BK-N-10-50307-GWZ**
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | | |
| Account No. | | | | | **Personal Property Tax** | | | | | | |
| **City of Yerington** **102 S Main St** **Yerington, NV 89447** | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 4,091.70 | | 4,091.70 |
| Account No. | | | | | | | | | | | |
| **City of Yerington - Business Licenses** **102 S Main St** **Yerington, NV 89447** | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 1,266.04 | | 1,266.04 |
| Account No. | | | | | **Real Property Tax** | | | | | | |
| **Lyon County Treasurer** **27 S Main St** **Yerington, NV 89447** | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 94,153.76 | | 94,153.76 |
| Account No. | | | | | **Sales Tax** | | | | | | |
| **Nevada Department of Taxation** **PO Box 52674** **Phoenix, AZ 85072-2674** | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 8,345.00 | | 8,345.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet  **5**   of  **5**    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 107,856.50 | 107,856.50 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 137,675.56 | 137,675.56 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy