B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Western Dairy Specialties, LLC**

Debtor(s)

Case No.  **BK-N-10-50307-GWZ**

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$21,594,299.00** | **2009: Milk and Cream Sales** |
| **$8,004,802.01** | **2008: Milk and Cream Sales** |
| **$0.00** | **2010:** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit A attached.** | | | |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit B attached.** | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **#09-2-03190-7 Myron and Tracy  Abrams v. Western Dairy** | **Appointment of receiver to collect receivables.** | **Superior Court, Yakima, WA** | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
☐

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Myron and Tracy Abrams**<br>**P. O. Box 8165**<br>**Yakima, WA 98908** | **12/4/09** | **Appointment of Receiver to collect receivables.** |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Cream, $28,462.07** | **Cream was misrouted causing loss of cream down sewer. No insurance coverage was received.** | **5/20/09** |

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Downey Brand LLP**<br>**427 West Plumb Lane**<br>**Reno, NV 89509** | **November 2009** | **$55,000** |
| **Maupin, Cox & LeGoy**<br>**4785 Caughlin Parkway**<br>**Reno, NV 89520** | **November 2009** | **$50,000** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Nevada Security Bank**<br>**PO Box 19579**<br>**Reno, NV 89511** | **Certificate of Deposit, Account # 0063** | **$171,750.67  10/23/09** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13. Setoffs

**None**
**■**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR              DATE OF SETOFF                          AMOUNT OF SETOFF

### 14. Property held for another person

**None**
**■**
List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER         DESCRIPTION AND VALUE OF PROPERTY       LOCATION OF PROPERTY

### 15. Prior address of debtor

**None**
**■**
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                   NAME USED                              DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

**None**
**■**
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None**
**■**
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
**■**
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
**■**
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **David Wieland, Controller**<br>**6125 Mesa Road**<br>**Reno, NV 89511** | |
| **Renee Angle, AP Clerk**<br>**35 N. Bybee Lane**<br>**Yerington, NV 89447** | |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Randall Kuckenmeister, CPA, Partner** | **KBCA, LLC**<br>**3860 G.S. Richards Blvd.**<br>**Carson City, NV 89703-8422** | |

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Pfrommer & McCune, Ltd.** | **645 Sierra Rose Drive, Ste. 101**<br>**Reno, NV 89511** | |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **David Wieland, Controller** | **6125 Mesa Road**<br>**Reno, NV 89511** |
| **Renee Angle, AP** | **35 N. Bybee Lane**<br>**Yerington, NV 89447** |
| **Diane Arvizo, AR** | **410 N. Oregon**<br>**Yerington, NV 89447** |
| **Matt Berry, CFO** | **170 Country Estates Cir**<br>**Reno, NV 89511** |
| **KBCA, LLC** | **3860 G.S. Richards Blvd.**<br>**Carson City, NV 89703-8422** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Nevada Security Bank**<br>**9990 Double R Blvd.**<br>**Reno, NV 89521** | **12/04/09 for PE 10/31/09** |
| **Nevada Security Bank**<br>**9990 Double R Blvd**<br>**Reno, NV 89521** | **Monthly since May 2008** |
| **Nevada Security Bank**<br>**9990 Double R Blvd.**<br>**Reno, NV 89521** | **3/31/09 for NRD YE 12/31/08** |
| **Nevada State Bank**<br>**1 West Liberty Street**<br>**Reno, NV 89501** | **12/4/09 for PE 10/31/09** |
| **Nevada State Bank**<br>**1 West Liberty Street**<br>**Reno, NV 89501** | **Monthly since May 2008** |
| **Nevada State Bank**<br>**1 West Liberty Street**<br>**Reno, NV 89501** | **3/31/09 for NRD YE 12/31/08** |
| **Nevada State Bank**<br>**1 West Liberty Street**<br>**Reno, NV 89501** | **3/31/09 for NRD YE 12/31/08** |
| **American AgCredit**<br>**PO Box 20727**<br>**Reno, NV 89515-0727** | **10/6/09 for PE 6/30/09** |
| **American AgCredit**<br>**P.O. Box 20727**<br>**Reno, NV 89515-0727** | **2/09 for PE 12/31/08** |
| **Sterling Commercial Credit**<br>**2100 Roswell Road, Suite 200C**<br>**Marietta, GA 30062** | **7/4/09 for YE 2008 and current to 5/31/09** |

8

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **The Hartford Insurance Company**<br>**Kirk Bodenstein, Agent**<br>**Bodenstein Insurance**<br>**117 S. Main St.**<br>**Yerington, NV 89447** | 6/15/09 for YE 12/31/09 and PE 3/31/09 |
| **Heritage Bank of Nevada**<br>**1401 S. Virginia St.**<br>**Reno, NV 89502** | 2/27/09 for PE 11/30/08 |
| **Scott Berry**<br>**Charles & Associates**<br>**320 Whetstone, Suite B**<br>**Cincinnati, OH 45202** | 5/28/09 for YE 12/31/08 |
| **Dan Driscoll**<br>**Western Nevada Supply Company**<br>**950 South Rock Blvd.**<br>**Sparks, NV 89431** | 9/23/09 for PE 7/31/09, YE 12/31/08 |
| **Dan Driscoll**<br>**Western Nevada Supply Company**<br>**950 South Rock Blvd.**<br>**Sparks, NV 89431** | 2/17/09 for PE 11/30/08 |
| **Entrada Associates**<br>**Paren Knadjian**<br>**2001 Wilshire Boulevard, Suite 301**<br>**Santa Monica, CA 90403** | 8/11/09 for PE 6/30/09 |
| **PhoneOps Management**<br>**3802 N. 18th St**<br>**Philadelphia, PA 19140** | 3/28/09 for YE 12/31/08 |
| **PhoneOps Management, Inc.**<br>**3802 N. 18th St**<br>**Philadelphia, PA 19140** | 8/12/09 for PE 6/30/09 |
| **Larry Bigler, CPA**<br>**1155 W. 4th Street, Suite 210**<br>**Reno, NV 89503** | 1/21/09 for PE 11/30/08 |
| **William D. McCann**<br>**Carbon Bank of Ireland**<br>**PO Box 370**<br>**Genoa, NV 89411** | 9/23/09 for PE 7/31/09; 9/29/09 for YE 12/31/08 |
| **MetLife Agricultural Investments**<br>**Jonathan W. Holbrook, Associate Director**<br>**7411 N. Cedar Avenue, Suite 101**<br>**Fresno, CA 93720** | 6/25/08 for YE 12/31/07 and PE 3/31/08 |
| **Harvest Capital Company**<br>**Jonathan Howard**<br>**690 NW 1st Avenue  Suite 101**<br>**Canby, OR 97013** | 2/17/09 for PE 11/30/08; 4/17/09 for YE 12/31/08 and 1/31/09 |
| **Rabo Agrifinance, Inc.**<br>**Charles McElligott**<br>**10100 Trinity Parkway Suite 400**<br>**Stockton, CA 95219** | 7/31/09 for YE 12/31/08; PE 5/31/09 |
| **Bank of the West**<br>**Casey Garten**<br>**180 Montgomery Street**<br>**San Francisco, CA 94104** | 9/29/09 for YE 12/31/08; PE 7/31/09 |

9

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Hardung-Ivey and Associates, LLC**<br>**Kurt Hardung**<br>**1325 Airmotive Way, Suite 202A**<br>**Reno, NV 89505** | **6/24/09 for YE 12/31/08 and PE 4/30/09** |
| **Kafoury, Armstrong & Company**<br>**Jim Johnson**<br>**301 West Tolas Place**<br>**Fallon, NV 89406** | **1/26/09 for PE 11/30/08** |
| **Wall Street Consultants/**<br>**Florida First Equity**<br>**Mike Strasberg**<br>**6923 Narcoosee Road, Ste 633**<br>**Orlando, FL 32822** | **9/23/09 for YE 12/31/08 and PE 7/31/09** |
| **PNC Business Credit**<br>**David Mortensen**<br>**2 North Lake Avenue, Suite 440**<br>**Pasadena, CA 91101** | **7/22/09 for PE 5/31/09; 3/31/09 for YE 12/31/08** |
| **Schettler, Macy & Silva, LLC**<br>**10345 Professional Circle, Suite 110**<br>**Reno, NV 89521** | **3/10/09 for PE 11/30/08** |
| **The Stella Group, LLC**<br>**3645 Market Place Blvd., Ste. 130-131**<br>**Atlanta, GA 30344** | **8/15/09** |
| **Skyway Financial Services, Inc.**<br>**146 Second Street N., Ste. 310**<br>**Saint Petersburg, FL 33701** | **8/17/09** |
| **LaChance Financial Services, Inc.**<br>**Bankers Capital**<br>**203 SW Cutoff**<br>**Northborough, MA 01532** | **9/1/09** |
| **Gulf Coast Financial Corp.**<br>**945 W. Michigan Avenue, Ste. 5-B**<br>**Pensacola, FL 32505** | **9/1/09** |
| **Equities First**<br>**10 West Market Street, Ste. 3050**<br>**Indianapolis, IN 46204** | **9/11/09** |

#### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **10/31/09** | **Dave Wieland** | **$358,253.00** |
| **11/30/09** | **Dave Wieland** | **$174,885.00** |

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **10/31/09** | **Dave Wieland**<br>**6125 Mesa Rd**<br>**Reno, NV 89511** |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| **11/30/09** | RECORDS |
| | **Dave Wieland** |
| | **6125 Mesa Rd** |
| | **Reno, NV 89511** |

#### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Matthew Berry**<br>**2145 Greentree Lane**<br>**Reno, NV 89511** | **Managing Member** | **25%** |
| **Michael Compston**<br>**PO Box 108**<br>**Wellington, NV 89444** | **Member** | **25%** |
| **Thomas Reviglio**<br>**2020 Parkridge Circle**<br>**Reno, NV 89509** | **Member** | **25%** |
| **Roger Ligtenberg**<br>**5300 Numaga Pass Road**<br>**Carson City, NV 89703** | **Member** | **25%** |

#### 22 . Former partners, officers, directors and shareholders

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

#### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael N. Compston**<br>**1000 Plymouth-Ranch Rd**<br>**Wellington, NV 89444**<br>     **Member** | **Annual salary as Chief Executive Officer.** | **95,000** |

11

**24. Tax Consolidation Group.**

None
■          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)
**PAi Safe Harbor 401K**                                     **20-1366482**


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____3-2-10_____          Signature _____

                                             **Matthew P.  Berry**
                                             **Chief Financial Officer**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# EXHIBIT A

# EXHIBIT A

```
:tem:     3/2/2010    3:18:55 PM              Western Dairy Specialties, LLC           Page:   1
r Date:  3/2/2010                            VENDOR CHECK REGISTER REPORT             User ID: rangle
                                               Multicurrency Management
```

```
tanges:        From:                  To:                                    From:           To:
 Check Number  First                  Last              Check Date           11/3/2009       2/3/2010
 Vendor ID     First                  Last              Checkbook ID         First           Last
 Vendor Name   First                  Last
```

Sorted By:  Check Number

Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| .351 | 11/3/2009 | GOLDEN STATE MI | GOLDEN STATE MILK PRODUCERS | PMCHK00000523 | $46,327.49 |
| OPERATING | Z-US$ | | | | |
| .356 | 11/3/2009 | HOMETOWN | Hometown Health Plans | PMCHK00000528 | $19,928.89 |
| OPERATING | Z-US$ | | | | |
| .358 | 11/5/2009 | GROVE MADSEN | GROVE MADSEN | PMCHK00000529 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| .359 | 11/5/2009 | UNILOY MILACRON | UNILOY MILACRON | PMCHK00000529 | $1,500.00 |
| OPERATING | Z-US$ | | | | |
| .362 | 11/6/2009 | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000530 | $12,763.68 |
| OPERATING | Z-US$ | | | | |
| .363 | 11/6/2009 | NATIONAL FLUID | NATIONAL FLUID MILK PROCESSO | PMCHK00000530 | $6,000.00 |
| OPERATING | Z-US$ | | | | |
| .364 | 11/6/2009 | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000531 | $12,486.00 |
| OPERATING | Z-US$ | | | | |
| .365 | 11/6/2009 | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000532 | $12,068.64 |
| OPERATING | Z-US$ | | | | |
| .366 | 11/6/2009 | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000533 | $12,793.48 |
| OPERATING | Z-US$ | | | | |
| .370 | 11/10/2009 | NELSON-JAMESON | NELSON-JAMESON, INC. | PMCHK00000534 | $1,391.90 |
| OPERATING | Z-US$ | | | | |
| .372 | 11/10/2009 | SIERRA OFFICE S | SIERRA OFFICE SOLUTIONS | PMCHK00000535 | $1,417.49 |
| OPERATING | Z-US$ | | | | |
| .373 | 11/10/2009 | GREAT AMERICAN | GREAT AMERICAN INSURANCE CO. | PMCHK00000535 | $5,112.25 |
| OPERATING | Z-US$ | | | | |
| .374 | 11/12/2009 | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000536 | $52,235.16 |
| OPERATING | Z-US$ | | | | |
| .376 | 11/12/2009 | SIERRA PACIFIC | NV ENERGY | PMCHK00000538 | $27,831.00 |
| OPERATING | Z-US$ | | | | |
| .377 | 11/12/2009 | GTG PACKAGING | GTG PACKAGING, INC. | PMCHK00000539 | $3,564.93 |
| OPERATING | Z-US$ | | | | |
| .378 | 11/13/2009 | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000540 | $500.00 |
| OPERATING | Z-US$ | | | | |
| .379 | 11/13/2009 | SAC CONTAINER | SACRAMENTO CONTAINER | PMCHK00000540 | $7,105.25 |
| OPERATING | Z-US$ | | | | |
| .380 | 11/13/2009 | IGPS | iGPS | PMCHK00000540 | $8,447.51 |
| OPERATING | Z-US$ | | | | |

| :tem:    3/2/2010    3:18:55 PM | Western Dairy Specialties, LLC | Page:    2 |
|---|---|---|
| :r Date:  3/2/2010 | VENDOR CHECK REGISTER REPORT | User ID: rangle |
| | Multicurrency Management | |

Voided Checks

| :heck Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| .381 OPERATING | 11/13/2009 Z-US$ | ARC | ARC Health and Wellness Cent | PMCHK00000540 | $285.00 |
| .382 OPERATING | 11/13/2009 Z-US$ | ARAMARK UNIFORM | ARAMARK UNIFORM SERVICES | PMCHK00000540 | $1,332.21 |
| .383 OPERATING | 11/13/2009 Z-US$ | DSI | Data Specialists, Inc. | PMCHK00000540 | $2,000.00 |
| .384 OPERATING | 11/13/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000540 | $309.34 |
| .385 OPERATING | 11/13/2009 Z-US$ | MOTION INDUSTRI | MOTION INDUSTRIES | PMCHK00000540 | $1,000.00 |
| .386 OPERATING | 11/13/2009 Z-US$ | NEVADA LANDWORK | NEVADA LANDWORKS CORPORATION | PMCHK00000540 | $800.00 |
| .387 OPERATING | 11/13/2009 Z-US$ | BROWN-MILBERY, | BROWN-MILBERY, INC. | PMCHK00000540 | $200.00 |
| .389 OPERATING | 11/13/2009 Z-US$ | NDEP | Nevada Dept Environmental Pr | PMCHK00000541 | $200.00 |
| .408 OPERATING | 11/19/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000542 | $27,831.00 |
| .409 OPERATING | 11/19/2009 Z-US$ | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000543 | $45,105.88 |
| .411 OPERATING | 11/20/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000544 | $343.78 |
| .412 OPERATING | 11/20/2009 Z-US$ | AQUILAR, ORALIA | AQUILAR, ORALIA | PMCHK00000544 | $1,562.00 |
| .413 OPERATING | 11/20/2009 Z-US$ | WEST & ASSOCIAT | WEST & ASSOCIATES | PMCHK00000544 | $450.00 |
| .414 OPERATING | 11/20/2009 Z-US$ | ARC | ARC Health and Wellness Cent | PMCHK00000544 | $285.00 |
| .415 OPERATING | 11/20/2009 Z-US$ | LARSON, ZACHARY | ZACHARY NOLAN LARSON | PMCHK00000544 | $600.00 |
| .416 OPERATING | 11/20/2009 Z-US$ | WEED HEIGHTS | WEED HEIGHTS DEVELOPMENT | PMCHK00000544 | $400.00 |
| .417 OPERATING | 11/20/2009 Z-US$ | AIG | AIG | PMCHK00000544 | $3,997.08 |
| .419 OPERATING | 11/20/2009 Z-US$ | DELTA RUBBER CO | DELTA RUBBER COMPANY, INC. | PMCHK00000545 | $1,000.00 |
| .426 OPERATING | 11/24/2009 Z-US$ | EMPLOYERS | EMPLOYERS INSURANCE CO OF NV | PMCHK00000546 | $21,242.68 |
| .428 OPERATING | 11/24/2009 Z-US$ | KBCA | KBCA, LLC | PMCHK00000547 | $1,552.79 |

| :tem:     3/2/2010     3:18:55 PM | Western Dairy Specialties, LLC | Page:    3 |
| :r Date:  3/2/2010 | VENDOR CHECK REGISTER REPORT | User ID: rangle |
| | Multicurrency Management | |

Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| .433<br>OPERATING | 11/30/2009<br>Z-US$ | HOMETOWN | Hometown Health Plans | PMCHK00000549 | $18,150.38 |
| .434<br>OPERATING | 11/30/2009<br>Z-US$ | HOMETOWN | Hometown Health Plans | PMCHK00000550 | $1,452.64 |
| 435<br>OPERATING | 11/30/2009<br>Z-US$ | HOMETOWN | Hometown Health Plans | PMCHK00000551 | $344.52 |
| .436<br>OPERATING | 11/30/2009<br>Z-US$ | DELTA RUBBER CO | DELTA RUBBER COMPANY, INC. | PMCHK00000552 | $1,000.00 |
| .438<br>OPERATING | 12/1/2009<br>Z-US$ | AARTMAN TRANSPO | RUAN TRANSPORT CORPORATION | PMCHK00000553 | $6,672.00 |
| .439<br>OPERATING | 12/1/2009<br>Z-US$ | SOUTHWEST GAS | SOUTHWEST GAS CORPORATION | PMCHK00000553 | $9,792.03 |
| .440<br>OPERATING | 12/1/2009<br>Z-US$ | THE HARTFORD | THE HARTFORD | PMCHK00000554 | $6,625.70 |
| .441<br>OPERATING | 12/2/2009<br>Z-US$ | GUZMAN, AARON | AARON GUZMAN | PMCHK00000555 | $463.28 |
| .442<br>OPERATING | 12/2/2009<br>Z-US$ | HARPER, DON | DON HARPER | PMCHK00000555 | $685.04 |
| .443<br>OPERATING | 12/2/2009<br>Z-US$ | HANSEN, CARMIE | CARMIE HANSEN | PMCHK00000555 | $413.16 |
| .444<br>OPERATING | 12/2/2009<br>Z-US$ | MCCANN, JESSICA | MCCANN, JESSICA | PMCHK00000555 | $133.44 |
| .445<br>OPERATING | 12/2/2009<br>Z-US$ | TRACY, MARY | MARY TRACY | PMCHK00000555 | $100.58 |
| .446<br>OPERATING | 12/2/2009<br>Z-US$ | VADNAIS, LEO | LEO VADNAIS | PMCHK00000555 | $82.50 |
| .447<br>OPERATING | 12/2/2009<br>Z-US$ | IRON SPRINGS TR | IRON SPRINGS TRANSPORTATION, | PMCHK00000555 | $20,899.80 |
| .448<br>OPERATING | 12/2/2009<br>Z-US$ | GIOMI | Giomi, Inc. | PMCHK00000555 | $752.80 |
| .449<br>OPERATING | 12/2/2009<br>Z-US$ | UNISOURCE | UNISOURCE | PMCHK00000555 | $1,740.23 |
| .450<br>OPERATING | 12/2/2009<br>Z-US$ | THE HARTFORD | THE HARTFORD | PMCHK00000555 | $21,372.30 |
| .452<br>OPERATING | 12/3/2009<br>Z-US$ | NEVADA STATE | Nevada State Dairy Commissio | PMCHK00000556 | $981.96 |
| 453<br>OPERATING | 12/3/2009<br>Z-US$ | UNILOY MILACRON | UNILOY MILACRON | PMCHK00000556 | $4,372.28 |
| 454<br>OPERATING | 12/3/2009<br>Z-US$ | MF BARCELLOS | MF Barcellos, Inv. | PMCHK00000556 | $1,325.62 |

```
tem:     3/2/2010    3:18:55 PM          Western Dairy Specialties, LLC              Page:    4
r Date:  3/2/2010                        VENDOR CHECK REGISTER REPORT                User ID: rangle
                                         Multicurrency Management
```

Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| .456 OPERATING | 12/3/2009 Z-US$ | LYON HOLDING CO | LYON HOLDING CORPORATION | PMCHK00000557 | $3,000.00 |
| .457 OPERATING | 12/3/2009 Z-US$ | DSI | Data Specialists, Inc. | PMCHK00000558 | $2,000.00 |
| .458 OPERATING | 12/3/2009 Z-US$ | DSI | Data Specialists, Inc. | PMCHK00000559 | $2,000.00 |
| .459 OPERATING | 12/3/2009 Z-US$ | CITY OF YER | City of Yerington | PMCHK00000560 | $3,325.41 |
| .460 OPERATING | 12/3/2009 Z-US$ | ENTRADA ASSOC | ENTRADA ASSOCIATES | PMCHK00000560 | $1,500.00 |
| .461 OPERATING | 12/3/2009 Z-US$ | ENTRADA ASSOC | ENTRADA ASSOCIATES | PMCHK00000561 | $1,500.00 |
| .462 OPERATING | 12/3/2009 Z-US$ | ENTRADA ASSOC | ENTRADA ASSOCIATES | PMCHK00000562 | $1,500.00 |
| .469 OPERATING | 12/4/2009 Z-US$ | PDM | PDM Steel Service Centers, I | PMCHK00000563 | $1,196.89 |
| .471 OPERATING | 12/3/2009 Z-US$ | PDM | PDM Steel Service Centers, I | PMCHK00000564 | $29.60 |
| .472 OPERATING | 12/3/2009 Z-US$ | HOLLAND & HART | HOLLAND & HART LLP | PMCHK00000564 | $5,000.00 |
| .473 OPERATING | 12/3/2009 Z-US$ | COMPSTON, MIKE | COMPSTON, MIKE | PMCHK00000565 | $2,500.00 |
| .474 OPERATING | 12/3/2009 Z-US$ | ASSURANT | ASSURANT EMPLOYEE BENEFITS | PMCHK00000565 | $7,974.85 |
| .475 OPERATING | 12/3/2009 Z-US$ | VSP | VSP - VISION SERVICES PLAN | PMCHK00000565 | $777.44 |
| .476 OPERATING | 12/3/2009 Z-US$ | NEVADA DEPARTME | NEVADA DEPARTMENT OF TAXATIO | PMCHK00000565 | $332.62 |
| .477 OPERATING | 12/8/2009 Z-US$ | TRI | Tri Signal Integration, Inc. | PMCHK00000567 | $938.00 |
| .479 OPERATING | 12/3/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000569 | $20,000.00 |
| .480 OPERATING | 12/3/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000570 | $5,000.00 |
| .481 OPERATING | 12/3/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000571 | $5,000.00 |
| .482 OPERATING | 12/3/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000572 | $5,000.00 |
| .483 OPERATING | 12/3/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000573 | $5,000.00 |

```
:tem:     3/2/2010    3:18:55 PM              Western Dairy Specialties, LLC              Page:    5
:r Date:  3/2/2010                            VENDOR CHECK REGISTER REPORT               User ID: rangle
                                              Multicurrency Management
```

. Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| .484 OPERATING | 12/3/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000574 | $5,000.00 |
| .485 OPERATING | 12/3/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000575 | $5,000.00 |
| .487 OPERATING | 12/21/2009 Z-US$ | NEVADA STATE | Nevada State Dairy Commissio | PMCHK00000576 | $465.86 |
| .492 OPERATING | 1/30/2010 Z-US$ | HOMETOWN | Hometown Health Plans | PMCHK00000578 | $8,872.92 |
| .528 OPERATING | 12/1/2009 Z-US$ | ALL STAR | All Star Dairy Association, | PMCHK00000566 | $17,800.00 |
| .529 OPERATING | 12/1/2009 Z-US$ | SIERRA PACIFIC | NV ENERGY | PMCHK00000566 | $27,800.00 |
| .530 OPERATING | 12/1/2009 Z-US$ | SOUTHWEST GAS | SOUTHWEST GAS CORPORATION | PMCHK00000566 | $10,701.64 |
| .531 OPERATING | 12/1/2009 Z-US$ | GRAINGER | Grainger | PMCHK00000566 | $1,525.90 |
| .532 OPERATING | 12/1/2009 Z-US$ | GROVE MADSEN | GROVE MADSEN | PMCHK00000566 | $1,548.83 |
| .533 OPERATING | 12/1/2009 Z-US$ | RNO FRKLFT | RENO FORKLIFT | PMCHK00000566 | $1,500.00 |
| .534 OPERATING | 12/1/2009 Z-US$ | ROVISYS | RoviSys | PMCHK00000566 | $1,500.00 |
| .535 OPERATING | 12/1/2009 Z-US$ | SHOWCASE | Showcase Systems | PMCHK00000566 | $1,500.00 |
| .536 OPERATING | 12/1/2009 Z-US$ | VERIZON WIRELES | VERIZON WIRELESS | PMCHK00000566 | $1,597.12 |
| .537 OPERATING | 12/1/2009 Z-US$ | VERIZON CALIFOR | Verizon California | PMCHK00000566 | $1,689.14 |
| .538 OPERATING | 12/1/2009 Z-US$ | VERIZON BUSINES | VERIZON BUSINESS | PMCHK00000566 | $3,267.57 |
| .539 OPERATING | 12/1/2009 Z-US$ | GOLDEN STATE MI | GOLDEN STATE MILK PRODUCERS | PMCHK00000566 | $22,713.66 |
| .540 OPERATING | 12/1/2009 Z-US$ | HOMETOWN | Hometown Health Plans | PMCHK00000566 | $6,856.14 |
| .UTO PMT GMAC OPERATING | 12/3/2009 Z-US$ | GMAC | GMAC | PMPAY00000102 | $996.56 |
| :HASE EPAY 6782 OPERATING | 12/8/2009 Z-US$ | CARDMEMBER SERV | CARDMEMBER SERVICE | PMPAY00000102 | $11,851.18 |
| :HASE EPAY 7423 OPERATING | 12/7/2009 Z-US$ | CARDMEMBER SERV | CARDMEMBER SERVICE | PMPAY00000102 | $10,000.00 |

Western Dairy Specialties, LLC
VENDOR CHECK REGISTER REPORT
Multicurrency Management

Page:      6
User ID: rangle

Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| HASE EPAY ACCT 5529 | 11/27/2009 | CARDMEMBER SERV | CARDMEMBER SERVICE | PMPAY00000102 | $5,000.00 |
| OPERATING | Z-US$ | | | | |
| HASE EPAY FOR 2242 | 12/1/2009 | CARDMEMBER SERV | CARDMEMBER SERVICE | PMPAY00000102 | $10,000.00 |
| OPERATING | Z-US$ | | | | |
| MAC PMT | 12/3/2009 | GMAC | GMAC | PMPAY00000102 | $869.03 |
| OPERATING | Z-US$ | | | | |
| ANDALL RICHARDS | 12/29/2009 | SAC CONTAINER | SACRAMENTO CONTAINER | PMPAY00000109 | $1,651.14 |
| OPERATING | Z-US$ | | | | |
| ANDALL RICHARDS | 12/1/2009 | SAC CONTAINER | SACRAMENTO CONTAINER | PMPAY00000110 | $4,000.00 |
| OPERATING | Z-US$ | | | | |
| ANDALL RICHARDS | 12/7/2009 | SAC CONTAINER | SACRAMENTO CONTAINER | PMPAY00000102 | $1,651.14 |
| OPERATING | Z-US$ | | | | |
| ANDALL RICHARDS1214 | 12/14/2009 | SAC CONTAINER | SACRAMENTO CONTAINER | PMPAY00000104 | $1,651.14 |
| OPERATING | Z-US$ | | | | |
| ANDALLRICHARDS09121 | 12/21/2009 | SAC CONTAINER | SACRAMENTO CONTAINER | PMPAY00000107 | $1,651.14 |
| OPERATING | Z-US$ | | | | |
| MS-TEMPLE INLAND | 12/28/2009 | TEMPLE | Temple Inland | PMPAY00000108 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS-TEMPLEINLAND | 12/21/2009 | TEMPLE | Temple Inland | PMPAY00000106 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS/TEMPLE INLAND | 11/3/2009 | TEMPLE | Temple Inland | PMPAY00000091 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS/TEMPLE INLAND | 11/10/2009 | TEMPLE | Temple Inland | PMPAY00000092 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS/TEMPLE INLAND | 11/18/2009 | TEMPLE | Temple Inland | PMPAY00000096 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS/TEMPLE-INLAND | 11/24/2009 | TEMPLE | Temple Inland | PMPAY00000102 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS/TEMPLE-INLAND | 12/8/2009 | TEMPLE | Temple Inland | PMPAY00000102 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS/TEMPLE-INLAND | 12/14/2009 | TEMPLE | Temple Inland | PMPAY00000104 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| MS/TEMPLEINLAND | 12/1/2009 | TEMPLE | Temple Inland | PMPAY00000102 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| ELE TRAN TO 3128 | 11/9/2009 | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000091 | $500.00 |
| OPERATING | Z-US$ | | | | |
| ELE TRAN TO 3626 | 11/9/2009 | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000091 | $1,000.00 |
| OPERATING | Z-US$ | | | | |
| ELE-TRAN TO 2003 | 11/16/2009 | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000095 | $500.00 |
| OPERATING | Z-US$ | | | | |

```
:tem:     3/2/2010    3:18:55 PM           Western Dairy Specialties, LLC          Page:     7
:r Date:  3/2/2010                         VENDOR CHECK REGISTER REPORT            User ID: rangle
                                             Multicurrency Management
```

Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| 'ELE-TRAN TO 3128 OPERATING | 12/9/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000102 | $3,000.00 |
| 'ELE-TRAN TO 3128 OPERATING | 12/16/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000105 | $1,000.00 |
| 'ELE-TRAN TO 3128 OPERATING | 11/18/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000096 | $700.00 |
| 'ELE-TRAN TO 3128 OPERATING | 11/27/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000102 | $2,000.00 |
| 'ELE-TRAN TO 3618 OPERATING | 11/13/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000094 | $150.00 |
| 'ELE-TRAN TO 3618 OPERATING | 11/23/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000097 | $500.00 |
| 'ELE-TRAN TO 3618 OPERATING | 12/8/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000102 | $750.00 |
| 'ELE-TRAN TO 3626 OPERATING | 11/12/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000093 | $850.00 |
| 'ELE-TRAN TO 3626 OPERATING | 11/13/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000094 | $300.00 |
| 'ERIZON BUSINESS OPERATING | 12/22/2009 Z-US$ | VERIZON BUSINES | VERIZON BUSINESS | PMPAY00000106 | $1,000.00 |
| 'Z WIRELESS 1065494 OPERATING | 11/12/2009 Z-US$ | VERIZON WIRELES | VERIZON WIRELESS | PMPAY00000093 | $1,000.00 |
| 'Z WIRELESS 6261634 OPERATING | 11/6/2009 Z-US$ | VERIZON WIRELES | VERIZON WIRELESS | PMPAY00000091 | $897.12 |
| JFC PHONE PMT #3600 OPERATING | 12/9/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000102 | $266.00 |
| JFC PHONE PMT 3634 OPERATING | 12/9/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000102 | $364.00 |
| JFC PHONE PMT 8751 OPERATING | 12/9/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000102 | $312.00 |
| JFCCPHONEPMT44339 OPERATING | 12/14/2009 Z-US$ | PAYMENT REMITTA | PAYMENT REMITTANCE CENTER | PMPAY00000104 | $97.00 |
| JTALLSTR091109047345 OPERATING | 11/9/2009 Z-US$ | ALL STAR | All Star Dairy Association, | PMPAY00000091 | $27,000.00 |
| JTALLSTR091110039259 OPERATING | 11/10/2009 Z-US$ | ALL STAR | All Star Dairy Association, | PMPAY00000092 | $21,494.32 |
| JTDFA091104029931 OPERATING | 11/4/2009 Z-US$ | DFA | Dairy Farmers of America | PMPAY00000091 | $47,400.00 |
| JTDFA091105025081 OPERATING | 11/5/2009 Z-US$ | DFA | Dairy Farmers of America | PMPAY00000091 | $39,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| :tem: 3/2/2010 3:18:55 PM | | Western Dairy Specialties, LLC | | Page: 8 | |
| :r Date: 3/2/2010 | | VENDOR CHECK REGISTER REPORT | | User ID: rangle | |
| | | Multicurrency Management | | | |

Voided Checks

| Check Number | Date | Vendor ID | Vendor Check Name | Audit Trail Code | Amount |
|---|---|---|---|---|---|
| Checkbook ID | Currency ID | Rate Type ID | Exchange Table ID | Exchange Rate | Functional/Originating |
| ITDFA091106030794 | 11/6/2009 | DFA | Dairy Farmers of America | PMPAY00000091 | $15,800.00 |
| OPERATING | Z-US$ | | | | |
| ITDFA091109046181 | 11/9/2009 | DFA | Dairy Farmers of America | PMPAY00000091 | $15,800.00 |
| OPERATING | Z-US$ | | | | |
| ITDFA091110039765 | 11/10/2009 | DFA | Dairy Farmers of America | PMPAY00000092 | $63,200.00 |
| OPERATING | Z-US$ | | | | |
| ITDFA091112070000 | 11/12/2009 | DFA | Dairy Farmers of America | PMPAY00000093 | $31,600.00 |
| OPERATING | Z-US$ | | | | |
| ITDFA091113036995 | 11/13/2009 | DFA | Dairy Farmers of America | PMPAY00000094 | $79,000.00 |
| OPERATING | Z-US$ | | | | |
| ITDFA091116050905 | 11/16/2009 | DFA | Dairy Farmers of America | PMPAY00000095 | $23,700.00 |
| OPERATING | Z-US$ | | | | |
| ITDOWNEY091125045972 | 11/25/2009 | DOWNEY BRAND | DOWNEY BRAND ATTORNEYS LLP | PMPAY00000103 | $55,000.00 |
| OPERATING | Z-US$ | | | | |
| ITMAUPIN091125049918 | 11/25/2009 | MAUPIN | Maupin, Cox & LeGoy Attorney | PMPAY00000103 | $50,000.00 |
| OPERATING | Z-US$ | | | | |

Total Checks: 146          Total Functional Amount of Checks: $1,176,246.05

# EXHIBIT B

# EXHIBIT B

Member Contributions
02/03/09 thru 02/03/10

| Date | Description | Debit | Credit |
|------|-------------|-------|--------|
| 4/29/2009 | Matt Berry/ Buffalo Valley Farms | | $ 25,000.00 |
| 5/11/2009 | Matt Berry | $ 10,000.00 | |
| 5/15/2009 | Buffalo Valley Farms | $ 25,000.00 | |
| 5/21/2009 | Mike Compston | | $ 50,000.00 |
| 5/29/2009 | Mike Compston | | $ 450,000.00 |
| 6/10/2009 | Mike Compston | | $ 50,000.00 |
| 6/10/2009 | Mike Compston | $ 50,000.00 | |
| 6/15/2009 | Roger Litenberg | | $ 10,000.00 |
| 6/22/2009 | Mike Compston - NBDI | $ 20,000.00 | |
| 6/23/2009 | Matt Berry | $ 10,000.00 | |
| 7/1/2009 | Matt Berry | $ 8,500.00 | |
| 7/2/2009 | Matt Berry | | $ 8,500.00 |
| 7/10/2009 | Matt Berry - BFT | | $ 93,632.88 |
| 7/13/2009 | Matt Berry | | $ 5,000.00 |
| 7/17/2009 | Matt Berry | | $ 45,000.00 |
| 7/21/2009 | Mike Compston | | $ 20,000.00 |
| 7/21/2009 | Matt Berry | $ 8,500.00 | |
| 7/22/2009 | Tom Reviglio | | $ 60,000.00 |
| 7/22/2009 | Mike Compston | | $ 50,000.00 |
| 7/27/2009 | Matt Berry | | $ 20,000.00 |
| 7/27/2009 | Matt Berry | | $ 10,000.00 |
| 7/28/2009 | Matt Berry | $ 1,600.85 | |
| 8/21/2009 | Matt Berry - Personal | $ 2,500.00 | |
| 8/21/2009 | Mike Compston | | $ 100,000.00 |
| 8/24/2009 | Matt - Berry Ranches | | $ 1,000.00 |
| 8/25/2009 | Matt Berry - Personal | $ 1,000.00 | |
| 8/26/2009 | Matt Berry - Speedway | | $ 12,000.00 |
| 8/31/2009 | Matt Berry - Personal | $ 2,000.00 | |
| 9/2/2009 | Matt - Berry Ranches | | $ 4,000.00 |
| 9/2/2009 | Matt Berry - Personal | | $ 3,000.00 |
| 9/2/2009 | Matt Berry - Speedway | | $ 2,000.00 |
| 9/2/2009 | Matt - Berry Ranches | | $ 1,000.00 |
| 9/3/2009 | Tom Reviglio - Circle Bar N Ranch | | $ 20,000.00 |
| 9/4/2009 | Matt Berry/Tom Reviglio - Personal | | $ 50,000.00 |
| 9/4/2009 | Matt Berry/Tom Reviglio - Personal | | $ 50,000.00 |
| 9/4/2009 | Matt Berry - Personal | $ 3,000.00 | |
| 9/11/2009 | Matt Berry - Personal | | $ 1,400.00 |
| 9/11/2009 | Matt Berry - Personal | $ 500.00 | |
| 9/11/2009 | Matt Berry - Personal | $ 500.00 | |
| 9/11/2009 | Matt Berry - Personal | | $ 500.00 |
| 9/14/2009 | Matt - Berry Ranches | | $ 21,500.00 |
| 9/16/2009 | Tom Reviglio - Circle Bar N Ranch | | $ 30,000.00 |
| 9/23/2009 | Matt Berry - Speedway | | $ 1,700.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 9/24/2009 | Matt Berry - Speedway | $ | 1,700.00 | |
| 9/25/2009 | Matt Berry | $ | 562.80 | |
| 9/28/2009 | Matt Berry - Speedway | $ | 6,841.46 | |
| 10/23/2009 | Matt Berry | | | $ 100,000.00 |
| 10/26/2009 | Matt Berry - CD Released | | | $ 171,750.67 |
| 10/28/2009 | Matt Berry | $ | 30,000.00 | |
| 10/29/2009 | Tom Reviglio - Circle Bar N Ranch | | | $ 20,000.00 |
| 10/30/2009 | Matt Berry - Speedway | | | $ 8,335.00 |
| 11/2/2009 | Matt Berry | $ | 15,146.82 | |
| 11/6/2009 | Tom Reviglio - Circle Bar N Ranch | $ | 15,000.00 | |
| 11/6/2009 | Matt Berry | $ | 6,000.00 | |
| 11/6/2009 | Matt Berry | | | $ 9,330.00 |
| 11/10/2009 | Tom Reviglio - Circle Bar N Ranch | $ | 75,000.00 | |
| 11/13/2009 | Matt Berry | $ | 5,000.00 | |
| 11/13/2009 | Matt Berry | | | $ 7,656.00 |
| 11/19/2009 | Matt Berry - Speedway | $ | 3,000.00 | |
| 11/19/2009 | Matt Berry | $ | 1,000.00 | |
| 11/20/2009 | Matt Berry - Heritage Bank | $ | 3,576.39 | |
| 11/20/2009 | Matt Berry | $ | 2,000.00 | |
| 11/23/2009 | Matt Berry - Speedway | $ | 4,000.00 | |
| 11/25/2009 | Matt Berry - Heritage Bank | $ | 10,090.22 | |
| 11/25/2009 | Matt Berry - Heritage Bank | $ | 3,576.39 | |
| 11/30/2009 | Matt Berry - Speedway | $ | 5,000.00 | |
| 12/1/2009 | Matt Berry - Speedway | $ | 5,000.00 | |
| 12/7/2009 | Matt Berry - Speedway | $ | 5,000.00 | |
| 12/8/2009 | Matt Berry - Speedway | $ | 2,000.00 | |
| 12/11/2009 | Matt Berry - Speedway | $ | 5,000.00 | |
| 12/11/2009 | Matt Berry | $ | 16,804.99 | |
| 12/17/2009 | Matt Berry - Speedway | $ | 2,500.00 | |
| | **TOTALS** | **$ 366,899.92** | **$** | **1,512,304.55** |