## United States Bankruptcy Court
### District of Nevada

In re **Western Dairy Specialties, LLC**
Debtor,

Case No. **BK-N-10-50307-GWZ**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Clear View Ranch, LLC<br>c/o Roger Ligtenberg, Manager<br>5 Hall Lane<br>Yerington, NV 89447 | | | |
| Norman D. Brown, Inc.<br>c/o Michael N. Compston, President<br>PO Box 420<br>Wellington, NV 89444 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **3-2-10**

Signature **Matthew P. Berry**
Chief Financial Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders