**Entered on Docket
June 28, 2010**

HON JOHN L PETERSON
U.S. BANKRUPTCY JUDGE

DOWNEY BRAND LLP
SALLIE B. ARMSTRONG (Bar No. 1243)
MICHELLE N. KAZMAR (Bar No. 10098)
427 West Plumb Lane
Reno, NV 85909
Telephone: (775) 329-5900
Facsimile: (775) 786-5443
Email: reno@downeybrand.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WESTERN DAIRY SPECIALTIES, LLC,<br><br>Debtor. | Case No.: BK-N-10-50307-GWZ<br>Chapter 11<br><br>(Jointly Administered) |
| In re:<br><br>NEVADA RESOURCE DYNAMICS, LLC,<br><br>Debtor. | Case No.: BK-N-10-50308-GWZ<br>Chapter 11<br><br>Date: June 23, 2010<br>Time: 10:00 a.m. |

**INTERIM ORDER APPROVING STIPULATION WITH NEVADA STATE BANK FOR (A) USE OF CASH COLLATERAL BY DEBTORS PURSUANT TO 11 U.S.C. § 363(c)(2); (B) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 & 363(e); (C) AUTHORIZING POST-PETITION FINANCING ON A JUNIOR SECURED BASIS PURSUANT TO 11 U.S.C. § 364(c); and (D) AUTHORIZING THE INTERIM ADVANCE OF UP TO $136,102 PENDING THE FINAL HEARING**

1084752.2

1. This matter came before the Court on the Motion For Entry Of An Order Approving Stipulation With Nevada State Band For (A) Use Of Cash Collateral By Debtors Pursuant To 11 U.S.C. § 363(c)(2); (B) Granting Adequate Protection Pursuant To 11 U.S.C. §§ 361 & 363(e); (C) Authorizing Post-Petition Financing On a Junior Secured Basis Pursuant TO 11 U.S.C. § 364(c); and (D) Authorizing the Interim Advance of up to $136,102 Pending the Final Hearing (the "Motion") filed by Western Dairy Specialties, LLC and Nevada Resource Dynamics, LLC (the "Debtors").[1] By their Motion, the Debtors requested, among other things, an order authorizing and approving debtor-in-possession financing on an interim basis and use of cash collateral in order to avoid immediate and irreparable injury.

The Court having considered the Motion and the statements of counsel presented at the hearing; the Court having been advised that negotiations have continued between the Debtors and Nevada State Bank regarding the terms of the Debtor-In-Possession Loan Agreement ("Agreement") attached as Exhibit B to the Declaration of Matthew Berry (the "Berry Declaration"), and that the form of Agreement would be modified from the version attached to the Berry Declaration; the Court having determined that the Agreement is fair, reasonable, in good faith, and necessary and appropriate for the maintenance and preservation of the Debtors' property; appropriate notice of the hearing having been given, and good cause appearing therefor;

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that, subject to the terms and conditions of the Agreement when fully executed, Nevada State Bank is immediately authorized to advance (and the Debtors are authorized to borrow) up to $136,102 pending a final hearing on the Motion in order to prevent immediate and irreparable harm to the Debtors.

IT IS FURTHER ORDERED that the Agreement between the Debtors and Nevada State Bank is APPROVED in such form as may be executed by the Debtors and Nevada State Bank,

///

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Agreement.

2

1084752.2

1  with the Agreement to include, but not necessarily be limited to, the following provisions of
2  which the Court was made aware at the hearing:
3      a) the Opposition to the Motion filed by DB-JB Investments, LLC ("DB-JB") will be
4  resolved by including in Paragraph 3.5 of the Agreement a carve-out for any administrative
5  expense claim of DB-JB in an amount not to exceed $19,020.00 as and for the insurance DB-JB
6  placed on the Debtors' property post-petition;
7      b) the interest rate under the terms of the Agreement will be increased to 10%;
8      c) Nevada State Bank, as "Lender" under the Initial Loan and Participation Agreement,
9  will gift 5% of the sale proceeds received to the unsecured creditors of Western Dairy
10 Specialties, LLC.
11     IT IS FINALLY ORDERED that a final hearing on the Motion shall be held on July 21,
12 2010 at 2:00 p.m.

### # # #

Submitted by:
DOWNEY BRAND LLP

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong
Attorney for Debtors and Debtors in Possession

Approved:
GORDON SILVER

By:_____
Matthew C. Zirzow
Attorney for Nevada State Bank

HARTMAN & HARTMAN

By: See attached LR 9021 Certification
Jeffrey L. Hartman
Attorney for Umpqua Bank, Successor
in interest for Nevada Security Bank

WOODBURN AND WEDGE

By:_____
John F. Murtha
Attorney for DB-JB Investments, LLC

10847522

3

with the Agreement to include, but not necessarily be limited to, the following provisions of which the Court was made aware at the hearing:

a) the Opposition to the Motion filed by DB-JB Investments, LLC ("DB-JB") will be resolved by including in Paragraph 3.5 of the Agreement a carve-out for any administrative expense claim of DB-JB in an amount not to exceed $19,020.00 as and for the insurance DB-JB placed on the Debtors' property post-petition;

b) the interest rate under the terms of the Agreement will be increased to 10%;

c) Nevada State Bank, as "Lender" under the Initial Loan and Participation Agreement, will gift 5% of the sale proceeds received to the unsecured creditors of Western Dairy Specialties, LLC.

IT IS FINALLY ORDERED that a final hearing on the Motion shall be held on July 21, 2010 at 2:00 p.m.

###

Submitted by:
DOWNEY BRAND LLP

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong
Attorney for Debtors and Debtors in Possession

Approved:
GORDON SILVER

By: /s/ Matthew C. Zirzow
Matthew C. Zirzow
Attorney for Nevada State Bank

HARTMAN & HARTMAN

By:_____
Jeffrey L. Hartman
Attorney for Umpqua Bank, Successor in interest for Nevada Security Bank

WOODBURN AND WEDGE

By:_____
John F. Murtha
Attorney for DB-JB Investments, LLC

3

1  with the Agreement to include, but not necessarily be limited to, the following provisions of
2  which the Court was made aware at the hearing:
3      a) the Opposition to the Motion filed by DB-JB Investments, LLC ("DB-JB") will be
4  resolved by including in Paragraph 3.5 of the Agreement a carve-out for any administrative
5  expense claim of DB-JB in an amount not to exceed $19,020.00 as and for the insurance DB-JB
6  placed on the Debtors' property post-petition;
7      b) the interest rate under the terms of the Agreement will be increased to 10%;
8      c) Nevada State Bank, as "Lender" under the Initial Loan and Participation Agreement,
9  will gift 5% of the sale proceeds received to the unsecured creditors of Western Dairy
10 Specialties, LLC.
11     IT IS FINALLY ORDERED that a final hearing on the Motion shall be held on July 21,
12 2010 at 2:00 p.m.
13                                         ###
14 Submitted by:
   DOWNEY BRAND LLP
15
   By: /s/ Sallie B. Armstrong
16     Sallie B. Armstrong
       Attorney for Debtors and Debtors in Possession
17
   Approved:
18 GORDON SILVER

19 By:_____
       Matthew C. Zirzow
20     Attorney for Nevada State Bank

21 HARTMAN & HARTMAN

22 By:_____
       Jeffrey L. Hartman
23     Attorney for Umpqua Bank, Successor
       in interest for Nevada Security Bank
24
   WOODBURN AND WEDGE
25
   By:_____
26     John F. Murtha
       Attorney for DB-JB Investments, LLC
27

28

                                            3
1064152.2

###

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below or as indicated by their signatures to this Order [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Jeffrey L. Hartman        Approved

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Certified by:

DOWNEY BRAND LLP

By: /s/ Sallie B. Armstrong
Sallie B. Armstrong
Attorney for Debtors and Debtors in Possession

4

1084752.2